On appellant's petition for reconsideration filed February 15, former opinion filed January 16 (32 Or App 35, 573 P2d 1259), reconsideration allowed; former opinion modified; CA 8201 and CA 8202 reversed and remanded May 8, 1978

STATE OF OREGON, *Appellant,*
*v.*
MICHAEL ROBERT PATRICK, *Respondent.*
(No. T 44858, CA 8201)

STATE OF OREGON, *Appellant,*
*v.*
GERALD GENE SPINNEY, *Respondent.*
(No. T 44730, CA 8202)

STATE OF OREGON, *Appellant,*
*v.*
CLIFFORD CONNORTON, *Respondent.*
(No. T 45401, CA 8203)
(Cases consolidated)
578 P2d 807

James A. Redden, Attorney General, Al J. Laue, Solicitor General, and Thomas H. Denney, Assistant Attorney General, Salem, for petition.

No appearance contra.

SCHWAB, C. J.

**SCHWAB, C. J.**

In our former opinion we noted that the trial court was "clearly in error on the merits," but stated that we could reach the question only as to *State v. Connorton* (CA 8203), which we reversed and remanded. *See State v. Patrick,* 32 Or App 35, 37, 573 P2d 1259 (1978). We dismissed the appeals as to *State v. Patrick* (CA 8201) and *State v. Spinney* (CA 8202) on the grounds that the orders appealed from were not appealable. As the opinion on reconsideration in *State v. Thomas,* 34 Or App 187, 578 P2d 452 (1978), points out, we were in error in so holding.

Reconsideration allowed. Former opinion modified. CA 8201 and CA 8202 are reversed and remanded.